## U–HAUL COMPANY OF CALIFORNIA, INC., Petitioner

### v.

## NATIONAL LABOR RELATIONS BOARD, Respondent.

### Nos. 06–1208, 06–1290, 06–1314.

United States Court of Appeals, District of Columbia Circuit.

Nov. 13, 2007.

Rehearing En Banc Denied Feb. 21, 2008.

Richard Simon Cleary, William Camp Vail, Jr., Brent Robert Baughman, Greenebaum, Doll & McDonald, PLLC, Louisville, KY, for Petitioner.

Linda Dreeben, Deputy Assistant General Counsel, Steven Brian Goldstein, Attorney, John H. Ferguson, Assistant General Counsel, Ronald E. Meisburg, Fred Barry Jacob, Attorney, National Labor Relations Board (NLRB) General Counsel, Washington, DC, for Respondent.

Before: HENDERSON and TATEL, Circuit Judges, and WILLIAMS, Senior Circuit Judge.

## JUDGMENT

This appeal was considered on the record from the National Labor Relations Board and on the briefs of the parties. On an uncontested motion of one of the parties, the Court has determined that the issues presented occasion no need for oral argument. See D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the petitions for review be denied and the Board's application for enforcement be granted.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or rehearing en banc. See Fed. R.App. P. 41(b); D.C.Cir. Rule 41.